GEORGE v. GEORGE

No. 287P95

Case below: 115 N.C.App. 387

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 November 1995.

GRAY v. ORANGE COUNTY HEALTH DEPT.

No. 309P95

Case below: 119 N.C.App. 62
                341 N.C. 649

Motion by petitioner (John D. Gray) for reconsideration of denial of petition for discretionary review dismissed 2 November 1995. Alternative petition by petitioner for rehearing dismissed 2 November 1995. Alternative motion by petitioner to stay issuance of mandate dismissed 2 November 1995.

HONEYCUTT v. WALKER

No. 266P95

Case below: 119 N.C.App. 220

Petition by defendant (N.C. Farm Bureau) for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

HORNE v. UNIVERSAL LEAF TOBACCO PROCESSORS

No. 369P95

Case below: 119 N.C.App. 682

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

IN RE APPEALS OF SEARS AND J. C. PENNEY

No. 387PA95

Case below: 119 N.C.App. 800

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 allowed 2 November 1995.